IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| ROBERT W. TRUMBLE,<br>**Trustee for the Bankruptcy Estate of,**<br>MARK LOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FREMONT INVESTMENT & LOAN,<br>and<br>FREMONT GENERAL CORPORATION,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:08-cv-00099<br>:<br>:<br>:<br>:<br>:<br>: |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this 19th day of May, 2011, came the Plaintiff, Robert W. Trumble, Trustee of the Bankruptcy Estate of Mark Lowman and Defendant, Signature Group Holdings, Inc. successor in interest to Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan and Fremont General Corporation, by their respective counsel with an Agreed Order of Dismissal With Prejudice.

The parties have agreed to a confidential out-of-court settlement in this matter, and therefore all matters in controversy and all claims that were or could have been raised in this proceeding or arising out of this action shall be DISMISSED WITH PREJUDICE against Defendant, Group Holdings, Inc. successor in interest to Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan and Fremont General Corporation.

Plaintiff filed a Notice of Withdrawal With Prejudice of Proof of Claim in the United States Bankruptcy Court Central District of California in the bankruptcy case styled Fremont General Corporation, BK Case No.: 8:08-bk-13421 on November 17, 2010.

It is ADJUDGED and ORDERED that all matters in controversy and all claims raised in this proceeding or arising out of this action shall be DISMISSED WITH PREJUDICE against Defendant, Group Holdings, Inc. successor in interest to Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan and Fremont General Corporation.

The Clerk shall enter the foregoing Order as of this date and shall mail copies to all counsel of record. The above-styled action can be retired from the docket of the Court.

**SUBMITTED AND AGREED TO:**          **SUBMITTED AND AGREED TO:**

/s/ Aaron C. Amore
Aaron C. Amore, Esq. WVSB No.: 6455
James T. Kratovil, Esq. WVSB No.: 2103
KRATOVIL & AMORE, PLLC
211 West Washington Street
P.O. Box 337
Charles Town, WV 25414
(304) 727-7718 Telephone
(304) 728 7720 Facsimile
amore@charlestownlaw.com
*Counsel for Plaintiff*

/s/ Angela N. Watson
Angela N. Watson, Esq., WVSB No.: 8017
Arlie Hubbard, III, Esq., WVSB No.: 10970
MORRIS HARDWICK SCHNEIDER
600 A-1 Prestige Park
Hurricane, WV 25526
(304) 757-7956 Telephone
(304) 757-7958 Facsimile
anwatson@closingsource.net
*Counsel for Signature Group Holdings, Inc.*

5-20-2011

